A. N. RIDGELY, Respondent, *v.* TALBOT J. TAYLOR AND COMPANY et al., Appellants, Impleaded with Another.

(Submitted December 6, 1909; decided December 14, 1909.)

Motion for re-argument denied, with ten dollars costs, on the ground that the appeal was considered and decided upon the merits.   (See 196 N. Y. 556.)

---

HENRY W. T. STEINWAY, Respondent and Appellant, *v.* CHARLES H. STEINWAY et al., Individually and as Trustees under the Will of CHRISTIAN F. T. STEINWAY, Deceased, Appellants and Respondents, and ALBERTINE T. ZIEGLER et al., Respondents.

*Steinway* v. *Steinway,* 112 App. Div. 18, affirmed.
(Argued November 19, 1909; decided December 17, 1909.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered September 23, 1908, modifying and affirming as modified a judgment entered upon the report of a referee in an action for an accounting.

*Edward Bruce Hill* for plaintiff, respondent and appellant.

*John Delahunty* and *Frederick W. Yates* for defendants, appellants and respondents.

Judgment affirmed, without costs, on opinion of O'BRIEN, P. J., below.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ.